

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00281-CR

John Brennon **DUNCAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8642
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on October 18, 2016. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to November 17, 2016. On November 17, 2016, the appellant filed a motion requesting an additional extension of time to file the brief until December 19, 2016, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by December 19. 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court